IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v | ) |
| | ) CR. NO. __2:06cr232-MHT__ |
| WILEY THOMAS, JR. | ) |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __WILEY THOMAS, JR.__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

__10/17/06__
DATE

X _____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT