IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:06cr232-MHT** |
| ) | |
| **WILEY THOMAS, JR.** ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **WILEY THOMAS, JR.**, in the above-styled case.

Dated this 28th day of November 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:06cr232-MHT |
| | ) | |
| WILEY THOMAS, JR. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Stephen P. Feaga, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                    Respectfully submitted,

                                                    s/ Kevin L. Butler
                                                    KEVIN L. BUTLER
                                                    First Assistant Federal Defender
                                                    201 Monroe Street, Suite 407
                                                    Montgomery, Alabama 36104
                                                    Phone: (334) 834-2099
                                                    Fax: (334) 834-0353
                                                    E-mail: kevin_butler@fd.org
                                                    AZ Bar Code: 014138