| | |
|---|---|
| COURTROOM DEPUTY MINUTES | DATE: DECEMBER 15, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDED: 1:32 – 1:33 |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** CHARLES S. COODY      **DEPUTY CLERK:** WANDA STINSON

**CASE NUMBER:** 2:06CR232-MHT-CSC      **DEFENDANT NAME:** WILEY THOMAS, JR.

### APPEARANCES

| GOVERNMENT | DEFENDANT COUNSEL |
|---|---|
| ATTY. STEPHEN P. FEAGA | ATTY. KEVIN BUTLER |

✓ **DISCOVERY STATUS:** Complete.

✓ **PENDING MOTION STATUS:** None.

☑ **PLEA STATUS:** possible plea.

☑ **TRIAL STATUS:** Will take 1 1/2 weeks to try case.

☐ **REMARKS:**