## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CR. No.: 2:06cr232-MHT** |
| | ) | |
| **WILEY THOMAS, JR.** | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **WILEY THOMAS, JR.,** by and through undersigned counsel, Kevin L. Butler, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty.  Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Undersigned counsel will be out of the district May 24 - 25, 2007, and respectfully requests the Change of Plea hearing be scheduled on or after May 29, 2007.

Dated this 23rd day of May, 2007.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

1

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CR. No.: 2:06cr232-MHT** |
| | **)** | |
| **WILEY THOMAS, JR.** | **)** | |

**CERTIFICATE OF SERVICE**

       I hereby certify that on May 23, 2007, I electronically filed the foregoing with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following:

Stephen P. Feaga, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                      Respectfully submitted,


                      s/ Kevin L. Butler
                      KEVIN L. BUTLER
                      First Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail: kevin_butler@fd.org
                      AZ Bar Code: 014138