IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:06cr232-MHT |
| ) | |
| WILEY THOMAS, JR. ) | |

### MOTION TO CONTINUE SENTENCING

Comes now the United States of America by and through its Attorney for the Middle District of Alabama and respectfully requests that the court continue the sentencing hearing in the above styled matter to another date and as grounds therefore says as follows:

1. The undersigned AUSA has a work related out of town conflict that existed prior to the court setting the sentencing in the above styled matter that will not allow him to be present on the date selected by the court unless the undersigned cancels his attendance at the out of town event.

2. The out of town conflict is the United States Attorney's Statewide LECC Conference and said date cannot be moved as hundreds of people are already attending.

Based on the facts stated above, the United States respectfully requests a continuance in the sentencing.

Respectfully submitted this the 17th day of August, 2007.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr232-MHT |
| | ) | |
| WILEY THOMAS, JR. | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/ Stephen P. Feaga
STEPHEN P. FEAGA
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135