IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:06cr232-MHT |
| **WILEY THOMAS, JR.** | ) | |

### ORDER

It is ORDERED as follows:

(1) The court having been orally informed that defendant Wiley Thomas, Jr. does not object, the government's motion to continue sentencing (doc. no. 26) is granted.

(2) Sentencing for defendant Thomas, now set for August 31, 2007, is reset for September 25, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 20th day of August, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE