IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-CR-232-MHT |
| | ) | |
| **WILEY THOMAS, JR.** | ) | |

**UNITED STATES' MOTION FOR DOWNWARD DEPARTURE**
**FOR SUBSTANTIAL ASSISTANCE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, pursuant to Section 5K1.1 of the United States Sentencing Guidelines, and moves for a downward departure, in the sentence of the above styled defendant, and as reasons therefore, submits the following:

1.  The United States herein states that the defendant has made a good faith effort to provide substantial assistance in the investigation and prosecution of other persons who have committed criminal offenses in the Middle District of Alabama.

2.  The nature and extent of the defendant's assistance includes providing truthful information to law enforcement authorities which has been useful in the investigation of others who are involved in illegal activities. The defendant was willing to testify when and if called upon to do so and his cooperation was helpful in obtaining the guilty pleas of others involved in related criminal activity.

3.  The United States submits that the defendant has been truthful with the United States and to the law enforcement officers that he has been assisting and made his willingness to do so known at an early date.

Wherefore, premises considered, the United States moves this Honorable Court for a

downward departure from a guideline level 17 to a guideline level 10 and to sentence the defendant to a sentence deemed appropriate by the court within that range.

Respectfully submitted this the 18th day of September, 2007.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ Stephen P. Feaga
        STEPHEN P. FEAGA
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: steve.feaga@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | CR. NO. 2:06-CR-232-MHT |
| | ) | |
| **WILEY THOMAS, JR.** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

    Respectfully submitted,

    /s/ Stephen P. Feaga
    STEPHEN P. FEAGA
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, AL 36104
    Phone: (334) 223-7280
    Fax: (334) 223-7135
    E-mail: steve.feaga@usdoj.gov