# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE            AT MONTGOMERY   ALABAMA

DATE COMMENCED   November 13, 2007           AT  11:55   A.M./P.M.

DATE COMPLETED   November 13, 2007           AT  12:05   A.M./P.M.

UNITED STATES OF AMERICA                     Criminal Action
                                             2:06-cr-232-MHT
        VS.

WILEY THOMAS, JR.

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA J.B. Perrine | X | Atty Kevin L. Butler |
| | X | |
| | X | |
| | X | |
| | X | |

COURT OFFICIALS PRESENT:

| Anthony Green, | Melanie Hirsch, | Mitchell Reisner, |
|---|---|---|
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING:      SENTENCING HEARING (CONTINUATION)

| | |
|---|---|
| 11:55 a.m. | Sentencing hearing resumes. Defendant's summary of case as to community service. Probation and Government concur with proposed community service. Sentence imposed. **ORAL ORDER** during sentence imposition granting [28] motion for downward departure. Government's **ORAL MOTION** to dismiss Counts 2-3 of the Indictment. **ORAL ORDER** granting government's oral motion to dismiss. |
| 12:05 p.m. | Hearing concluded. |