IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 2:06cr232-MHT |
| | ) | |
| WILEY THOMAS, JR. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| COLONIAL BANK, | ) | Misc. No. 2:07mc3382-MHT |
| Montgomery, AL, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| WILEY THOMAS, JR., | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

By agreement of the parties at an on-the-record conference call held on January 14, 2008, it is ORDERED that the writ of execution for garnishment issued on December 20, 2007, in United States v. Thomas, Misc. No. 2:07mc3382-MHT, is dissolved without prejudice.

It is further ORDERED that defendant Wiley Thomas, Jr.'s emergency request to stay the garnishment, filed on January 11, 2008, is denied as moot.

DONE, this the 14th day of January, 2008.

                                          /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE